IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Sandra

Printed: 10/9/07

Case Number: 05 B 22669
Judge: Squires, John H
Filed: 6/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 25, 2007
Confirmed: August 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                 | Receipts | Disbursements |
|-----------------|---------:|--------------:|
|                 | 6,219.89 |               |
| Secured:        |          | 3,953.79      |
| Unsecured:      |          | 0.00          |
| Priority:       |          | 0.00          |
| Administrative: |          | 1,955.20      |
| Trustee Fee:    |          | 310.87        |
| Other Funds:    |          | 0.03          |
| Totals:         | 6,219.89 | 6,219.89      |

## DISBURSEMENT DETAIL

|    | Creditor Name                   | Type           | Repayment | Paid to Date   |
|----|---------------------------------|----------------|----------:|---------------:|
| 1. | Robert J Semrad & Associates    | Administrative | 1,955.20  | 1,955.20       |
| 2. | Monterey Financial Services     | Secured        | 1,035.73  | 387.04         |
| 3. | Consumer Portfolio Services     | Secured        | 9,737.22  | 3,566.75       |
| 4. | Internal Revenue Service        | Priority       | 3,621.39  | 0.00           |
| 5. | Jefferson Capital               | Unsecured      | 162.85    | 0.00           |
| 6. | South Shore Emergency Physicians| Unsecured      | 26.60     | 0.00           |
| 7. | Internal Revenue Service        | Unsecured      | 42.85     | 0.00           |
| 8. | Peoples Energy Corp             | Unsecured      | 37.95     | 0.00           |
| 9. | Monterey Financial Services     | Unsecured      | 29.59     | 0.00           |
| 10.| Consumer Portfolio Services     | Unsecured      | 319.48    | 0.00           |
| 11.| City Of Chicago Dept Of Revenue | Unsecured      | 26.00     | 0.00           |
| 12.| Dependon Collections Service    | Unsecured      |           | No Claim Filed |
| 13.| SBC                             | Unsecured      |           | No Claim Filed |
| 14.| Illinois Collection Service     | Unsecured      |           | No Claim Filed |
|    |                                 |                | $ 16,994.86 | $ 5,908.99   |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------:|-----------:|
| 3%       | 16.50      |
| 5.5%     | 146.08     |
| 5%       | 45.69      |
| 4.8%     | 86.40      |
| 5.4%     | 16.20      |
|          | $ 310.87   |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Washington, Sandra

Printed: 10/9/07

Case Number:  05 B 22669
Judge: Squires, John H
Filed: 6/8/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_